**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VIVIENNE A. BRUNSON-BEDI
                    Plaintiff,

    -against-                                    15 **CIVIL** 9790 (NSR)

## JUDGMENT

THA STATE OF NEW YORK (HUDSON
VALLEY DDSO), LOCAL 412 OF THE
CSEA, INC., LOCAL 1000, AFSCME, AFL-
CIO, and BASIL TOWNSEND, individually,
                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 1, 2018, Plaintiff's motion for leave to amend is denied; Defendants HVDDSO and CSEA's cross-motions to dismiss are granted, and Defendant Townsend's motion to dismiss is granted; Plaintiff has failed to properly and timely serve both HVDDSO and CSEA, warranting dismissal and this Court declines to grant an extension to cure the defective service; as to Defendant Townsend, Plaintiff cannot, as a matter of law, raise a cognizable claim against him under Title VII; this Court otherwise declines to exercise supplemental jurisdiction over the state law claims since it is dismissing the federal claims; accordingly, the action is closed.

**Dated:** New York, New York
        May 2, 2018

                                                    **RUBY J. KRAJICK**
                                                       **Clerk of Court**
                             **BY:**

                                                       **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/2/2018